```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 47083
    ELIZABETH FELICIANO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-9722


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/22/2004 and was confirmed 02/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

     The case was dismissed after confirmation 08/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
TOYOTA MOTOR CREDIT        SECURED           20450.21       5246.45        8181.08
TOYOTA MOTOR CREDIT        UNSECURED          6825.21           .00            .00
CAPITAL ONE                UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL              UNSECURED OTH         .00            .00            .00
PREMIER BANCARD CHARTER    UNSECURED           312.94           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           787.77           .00            .00
MIDLAND CREDIT SERV        UNSECURED        NOT FILED           .00            .00
NATIONAL REVENUE CORP      UNSECURED        NOT FILED           .00            .00
TOYOTA MOTOR CREDIT        PRIORITY             .00            .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY     1,794.00                         1,794.00
TOM VAUGHN                 TRUSTEE                                            858.47
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              16,080.00

PRIORITY                                          .00
SECURED                                      8,181.08
    INTEREST                                 5,246.45
UNSECURED                                         .00
ADMINISTRATIVE                               1,794.00
TRUSTEE COMPENSATION                           858.47
DEBTOR REFUND                                     .00
                   ---------------      ---------------
TOTALS              16,080.00                16,080.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE